E. M. HOLT *v.* DANIEL ISELEY and others.

MOTION to strike out pleas and continue a case, heard before *Tourgee, J.,* at Fall Term 1868, of the Superior Court of ALAMANCE.

The note sued upon was given in December 1866, in lieu of one for the same amount made in December 1860 by one Simpson Iseley as principal and Daniel Iseley and William Webster as sureties. The same persons were parties to each note; Daniel Iseley being *principal* in the new note. The suit had been brought to the County Court, and was transferred to the Superior Court upon the former tribunal being abolished. Pleas having been entered in the County Court, a motion was made before his Honor to strike them out, and continue the case to Spring Term 1869. This was allowed, and the Plaintiff appealed.

*Phillips & Merrimon,* for the appellant.

*Graham, contra,*

READE, J. See Opinion in *Jacobs* v. *Smallwood,* at this term. There is error. Let this be certified.

PER CURIAM.                          Judgment reversed.